| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **David** <br> First name <br><br> **M** <br> Middle name <br><br> **Mullins** <br> Last name and Suffix (Sr., Jr., II, III) | **Kirsten** <br> First name <br><br> **S** <br> Middle name <br><br> **Mullins** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8963 | xxx-xx-1728 |

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 1

Case 20-12377-TWD    Doc 1    Filed 09/15/20    Ent. 09/15/20 11:09:47    Pg. 1 of 14

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

Debtor 1 **David M Mullins**
Debtor 2 **Kirsten S Mullins**    Case number *(if known)* _____

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EIN

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EIN

**5. Where you live**

**21809 39th Drive SE**
**Bothell, WA 98021**
Number, Street, City, State & ZIP Code

**Snohomish**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Debtor 1 **David M Mullins**
Debtor 2 **Kirsten S Mullins**   Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

■ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?
  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.
Official Form 101  **Voluntary Petition for Individuals Filing for Bankruptcy**  page 3

Case 20-12377-TWD   Doc 1   Filed 09/15/20   Ent. 09/15/20 11:09:47   Pg. 3 of 14

| Debtor 1 | **David M Mullins** | |
|---|---|---|
| Debtor 2 | **Kirsten S Mullins** | Case number *(if known)* |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

■ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.
What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

Case 20-12377-TWD    Doc 1    Filed 09/15/20    Ent. 09/15/20 11:09:47    Pg. 4 of 14

Debtor 1 **David M Mullins**
Debtor 2 **Kirsten S Mullins**        Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:**      **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **David M Mullins** | | |
|---|---|---|---|
| Debtor 2 | **Kirsten S Mullins** | | Case number *(if known)* |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ David M Mullins | /s/ Kirsten S Mullins |
|---|---|
| **David M Mullins** | **Kirsten S Mullins** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **September 15, 2020** | Executed on **September 15, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **David M Mullins** | |
|---|---|---|
| Debtor 2 | **Kirsten S Mullins** | Case number *(if known)* |

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ Thomas D. Neeleman**　　　　　　　　　　Date　**September 15, 2020**
Signature of Attorney for Debtor　　　　　　　　　　　　MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1904 Wetmore Ave., Suite 200**
**Everett, WA 98201**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**　　　　Email address　**courtmail@expresslaw.com**

**33980 WA**
Bar number & State

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **David M Mullins** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Kirsten S Mullins** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | |
| Case number (if known) | | ☐ Check if this is an amended filing |

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**AlaskaUSA FCU**
**Attn: Bankruptcy**
**Po Box 196613**
**Anchorage, AK 99519**

What is the nature of the claim?   **Automobile**   $ **$5,905.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $ **$5,905.00**
    Value of security:   - $ **$0.00**
    Unsecured claim   $ **$5,905.00**

Contact

Contact phone

**2**
**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

What is the nature of the claim?   **Credit Card**   $ **$7,326.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
    Value of security:   - $

Contact

| Debtor 1 | **David M Mullins** | | |
|---|---|---|---|
| Debtor 2 | **Kirsten S Mullins** | Case number *(if known)* | |
| | Contact phone | Unsecured claim | $ |

| 3 | | **What is the nature of the claim?** | **Credit Card** | $ **$7,326.00** |
|---|---|---|---|---|
| | **Amex**<br>**Correspondence/Bankruptcy**<br>**Po Box 981540**<br>**El Paso, TX 79998** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | **Does the creditor have a lien on your property?** | | |
| | Contact<br>Contact phone | ■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | | $<br>- $<br>$ |

| 4 | | **What is the nature of the claim?** | **Credit Card** | $ **$13,517.00** |
|---|---|---|---|---|
| | **Bank of America**<br>**4909 Savarese Circle**<br>**Fl1-908-01-50**<br>**Tampa, FL 33634** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | **Does the creditor have a lien on your property?** | | |
| | Contact<br>Contact phone | ■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | | $<br>- $<br>$ |

| 5 | | **What is the nature of the claim?** | **Promissory Note** | $ **$154,000.00** |
|---|---|---|---|---|
| | **CC & Carrys, LLC**<br>**c/o Socius Law Group, PLLC**<br>**Two Union Square**<br>**601 Union Street, Suite 4950**<br>**Seattle, WA 98101-3951** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | **Does the creditor have a lien on your property?** | | |
| | Contact<br>Contact phone | ■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | | $<br>- $<br>$ |

| 6 | | **What is the nature of the claim?** | **Credit Card** | $ **$4,665.00** |
|---|---|---|---|---|
| | **Chase Card Services**<br>**Attn: Bankruptcy**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Case 20-12377-TWD    Doc 1    Filed 09/15/20    Ent. 09/15/20 11:09:47    Pg. 9 of 14

| Debtor 1 | **David M Mullins** | |
|---|---|---|
| Debtor 2 | **Kirsten S Mullins** | Case number *(if known)* |

|  | | Does the creditor have a lien on your property? | |
|---|---|---|---|
|  | | ■ No | |
| Contact | | ☐ Yes. Total claim (secured and unsecured) | $ |
|  | | Value of security: | - $ |
| Contact phone | | Unsecured claim | $ |

**7**

**Citibank**
**Citicorp Credit Srvs/Centralized Bk dept**
**Po Box 790034**
**St Louis, MO 63179**

What is the nature of the claim? **Credit Card** $ **$9,683.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
　　　　　Value of security: - $
　　　　　Unsecured claim $

Contact
Contact phone

**8**

**GAC Enterprises, LLC**
**c/o Socius Law Group, PLLC**
**Two Union Square**
**601 Union Street, Suite 4950**
**Seattle, WA 98101-3951**

What is the nature of the claim? **Promissory Note** $ **$154,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
　　　　　Value of security: - $
　　　　　Unsecured claim $

Contact
Contact phone

**9**

**Select Portfolio Servicing, Inc**
**Attn: Bankruptcy**
**Po Box 65250**
**Salt Lake City, UT 84165**

What is the nature of the claim? **Real Estate Mortgage** $ **$439,253.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured) $ **$439,253.00**
　　　　　Value of security: - $ **$0.00**
　　　　　Unsecured claim $ **$439,253.00**

Contact
Contact phone

**10**

What is the nature of the claim? **Credit Line Secured** $ **$114,322.00**

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Case 20-12377-TWD　　Doc 1　　Filed 09/15/20　　Ent. 09/15/20 11:09:47　　Pg. 10 of 14

| Debtor 1 | **David M Mullins** | | |
|---|---|---|---|
| Debtor 2 | **Kirsten S Mullins** | Case number *(if known)* | |

**Third Federal S&l Ass**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$114,322.00**
    Value of security:    - $ **$0.00**
    Unsecured claim    $ **$114,322.00**

Contact

Contact phone

**11**

**Wells Fargo Bank NA**
**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a**
**Des Moines, IA 50328**

**What is the nature of the claim?**    **Credit Card**    $ **$8,836.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

Contact

Contact phone

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ David M Mullins**              X **/s/ Kirsten S Mullins**
**David M Mullins**                    **Kirsten S Mullins**
Signature of Debtor 1                  Signature of Debtor 2

Date **September 15, 2020**            Date **September 15, 2020**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 20-12377-TWD    Doc 1    Filed 09/15/20    Ent. 09/15/20 11:09:47    Pg. 11 of 14

ALASKAUSA FCU
ATTN: BANKRUPTCY
PO BOX 196613
ANCHORAGE, AK 99519


AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998


AMEX/BANKRUPTCY
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998


AT&T UNIVERSAL CITI CARD
ATTN: BANKRUPTCY
PO BOX 790034
ST LOUIS, MO 63179


BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA, FL 33634


BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634


BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899


CC & CARRYS, LLC
C/O SOCIUS LAW GROUP, PLLC
TWO UNION SQUARE
601 UNION STREET, SUITE 4950
SEATTLE, WA 98101-3951


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850

```
CHEVY CHASE FEDERAL SAVINGS BANK
CAPITAL ONE/ATTN:BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CITIBANK
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179


CITIBANK/THE HOME DEPOT
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179


FIFTH THIRD BANK
ATTN: BANKRUPTCY
MAILDROP RCSB3E 1830 E PARIS AVE SE
GRAND RAPIDS, MI 49546


GAC ENTERPRISES, LLC
C/O SOCIUS LAW GROUP, PLLC
TWO UNION SQUARE
601 UNION STREET, SUITE 4950
SEATTLE, WA 98101-3951


GREEN LAKE VILLAGE
424 NE 71ST STREET
SEATTLE, WA 98115


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


PNC BANK
ATTN: BANKRUPTCY
PO BOX 94982: MAILSTOP BR-YB58-01-5
CLEVELAND, OH 44101


SBA #1


SBA #2
```

```
SELECT PORTFOLIO SERVICING, INC
ATTN: BANKRUPTCY
PO BOX 65250
SALT LAKE CITY, UT 84165


THIRD FEDERAL S&L ASS


UNIVERSITY VILLAGE
4609 VILLAGE COURT NE
SEATTLE, WA 98105


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES, IA 50328
```